22 So.2d 101

### Ralph F. PAIR v. STATE.

### 6 Div. 345.

Supreme Court of Alabama.
May 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the petition.

Beddow, Ray & Jones, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pair v. State, 22 So.2d 100, wherein a judgment denying bail in habeas corpus proceeding was reversed.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.